IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| HAYMES BROTHERS, INC., | ) | Case No. 4:10CV00005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RTI INTERNATIONAL METALS, INC., ET AL., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |
| | ) | |

Before me are Plaintiff's and Defendants' Proposed Findings of Fact and Conclusions of Law [ECF Nos. 54 and 53, respectively]. I heard evidence at a bench trial held from May 9, 2011 through May 12, 2011, after which the parties filed their respective briefs. This matter is now ripe for review. For the reasons contained in the accompanying Memorandum Opinion, the Court hereby **ENTERS JUDGMENT IN FAVOR OF THE PLAINTIFF IN THE AMOUNT OF $1,087,266.23**. The judgment shall bear interest at the rate of 0.18% from the date of entry until it is paid in full.

The clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record and to dismiss this case from the docket of the Court.

ENTERED this 17th Day of June 2011.

                                                    s/Jackson L. Kiser
                                                  Senior United States District Judge